# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW CALLAN, | : | Civil Action No. |
| | : | 3:20-cv-00706 (RNC) |
| Plaintiff | : | |
| | : | |
| DEFIBTECH, LLC, | : | |
| Defendant | : | FEBRUARY 8, 2022 |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, MATTHEW CALLAN, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff.  No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

        THE PLAINTIFF,
        MATTHEW CALLAN

By: _____/s/_____
    Michael C. McMinn (#ct27169)
    **THE MCMINN EMPLOYMENT**
    **LAW FIRM, LLC**
    1000 Lafayette Blvd., Suite 1100
    Bridgeport, CT 06604
    Tel: (203) 683-6007
    Fax: (203) 680-9881
    michael@mcminnemploymentlaw.com

    *COUNSEL FOR PLAINTIFF*

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Michael C. McMinn (ct27169)